### 11529

#### BENNETT v. A. C. L. RAILROAD *ET AL.*

#### (123 S. E., 327)

CARRIERS—EVIDENCE OF INJURY TO PASSENGER LEAVING TRAIN AFTER IT PASSED DESTINATION HELD NOT TO SHOW NEGLIGENCE ON RAILROAD'S PART.—Evidence that plaintiff, a passenger, voluntarily got off train after it had passed destination, and was injured by stepping off a trestle while walking towards his destination, *held* not to show negligence on railroad's part.

Before MEMMINGER, J., Barnwell, Spring Term, 1923. Affirmed.

Acton by T. F. Bennett against Atlantic Coast Line Railroad Co. and another. From an order of nonsuit plaintiff appeals.

The plaintiff was a passenger on defendant's train, due to arrive at Orangeburg about 10:30 p. m., but did not alight at his destination, and later got off the train at the water tank west of Orangeburg, and attempted to walk back to the station at Orangeburg. On his way back he stepped off of the trestle over the Edisto River, and sustained the injuries involved in the present action.

*Messrs. Brown & Bush, R. C. Holman* and *Thomas M. Boulware,* for appellant, cite: *Injuries sustained by passenger walking home after leaving station at invitation of*

*trainmen held proximate result of negligence of trainmen:*
105 S. C., 132; 146 S. W., 849; 157 S. W., 245; 141 S.
W., 341. *Passenger who passes his station is still a passenger until he refuses to pay additional fare:* 79 S. E.,
91; 113 N. W., 447; 20 L. R. A. (N. S.), 1019; 145 Pac.,
1023; 128 A. S. R., 234; 105 S. W., 26.

*Messrs. Harley & Blatt* and *Douglas McKay,* for respondent, cite: *Liability of carrier where passenger is carried beyond destination:* 10 C. J., 825; 2 Hutch. Car., 3rd
Ed., Sec. 1126; 182 Pa., 457; 8 Sou., 330; 90 Mo. App.,
489; 66 Tex., 603; 76 S. W., 697. *Plaintiff voluntarily
leaving train terminated relation of passenger:* 15 L. R.
A., 399; 69 S. C., 445; 71 S. C., 532; 117 S. W., 217.
*Proximate cause:* 54 Mich., 555; 3 Hutch. Car., 3rd Ed.,
Sec. 1428, 1430; 72 S. C., 336.

June 9, 1924.

The opinion of the Court was delivered by MR. JUSTICE
WATTS.

This is an appeal from an order of nonsuit granted by
his Honor, Judge Memminger, at Barnwell, Spring term.
1923.

The exceptions, three in number, allege error. We see
no error. According to his own testimony, the plaintiff
was asleep when he reached his destination, Orangeburg.
When he arrived at the coal chute, and was told where he
was, he, of his own volition, disembarked from the train;
he was not required to do so. He saw the trestle, for he
says when he saw it he turned back and attempted to catch
the train, but it pulled out before he got to it, and he then
attempted to walk the trestle, and fell off. The whole evidence fails to show any actionable negligence against the
railroad. Appellant's negligence was the sole cause of his
injury.

The exceptions are overruled, and judgment affirmed.

MESSRS. JUSTICES FRASER, COTHRAN and MARION concur.

MR. CHIEF JUSTICE GARY did not participate.